**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JAMES ERIC MUSCA,

        Plaintiff,

v.                                                       Case No:   6:24-cv-8-LHP

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REVERSAL AND REMAND OF THE CAUSE TO THE DEFENDANT (Doc. No. 17)**
>
> **FILED:**  April 22, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The Commissioner of Social Security moves to remand this case pursuant to sentence four of 42 U.S.C. § 405(g), so that the following may occur:

> On remand, the agency will offer the claimant an opportunity for a de novo hearing and issue a new decision.

Doc. No. 17.   Plaintiff does not object to the motion.   *Id.* at 2.

Upon consideration, the Court finds the request well taken.   *See* 42 U.S.C. § 405(g).   Accordingly, it is **ORDERED** that:

    1. The Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. No. 17) is **GRANTED**.

    2. The final decision of the Commissioner is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of § 405(g), for the above-stated reasons.

    3. The Clerk of Court is directed to **ENTER** judgment in favor of Plaintiff and against the Commissioner, and thereafter **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on May 3, 2024.

                                          LESLIE HOFFMAN PRICE
                                  UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties